Louise Terwilliger, appellant, v. United American Trust and Savings Bank et al., appellees. Gen. No. 38,116.

Opinion filed November 12, 1935. Rehearing denied November 26, 1935.

Oscar S. Seaver and Sanders, Childs, Bobb & Wescott, for appellant; William L. Bourland, of counsel. McInerney, Epstein & Arvey, for certain appellee; Louis M. Mantynband and George L. Siegel, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.